UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE CHRISTOPHER ARNETT,

    Petitioner,

v.

THOMAS MACKIE,

    Respondent.
_____/

Case No. 1:18-cv-179

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.


Dated: June 3, 2019                                         /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge